IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:09-cv-590-MEF |
| | ) | |
| SEVENTEEN THOUSAND FIVE | ) | |
| HUNDRED FIFTY-SEVEN | ) | (WO) |
| ($17,557.00) DOLLARS IN UNITED | ) | |
| STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## DECREE OF FORFEITURE

This cause is before the Court on the Plaintiff United States of America's Motion for

Default Judgment for Forfeiture, filed on November 20, 2009.  (Doc. # 14.)  It is hereby

ORDERED that the motion is GRANTED.

On June 23, 2009, the United States filed a verified complaint of forfeiture pursuant

to 21 U.S.C. § 881(a)(6), alleging that the Defendant property represents moneys and other

things of value furnished or intended to be furnished in exchange for a controlled substance

in violation of the Controlled Substances Act and proceeds traceable to such an exchange,

and further represents moneys used or intended to be used to facilitate a violation of the

Controlled Substances Act, 21 U.S.C. § 801 *et seq*.  (Doc. # 1.)

It appears that process was fully issued in this action and returned according to law:

1.      Pursuant to a Warrant for Arrest *In Rem* issued by this Court on July 9, 2009,

all persons with an interest in the Defendant property were required to file their claims with

the Clerk of the Court within thirty days of the execution of the Warrant for Arrest *In Rem*, publication of the Notice of Arrest and Seizure, or actual notice of this action, whichever occurred first (Doc. # 3);

2.      The United States Marshals Service for this District served the Defendant property on August 5, 2009 (Doc. # 4);

3.      On August 5, 2009, Attorney Zachary T. Collins was personally served by a United States Marshal with copies of the Verified Complaint for Forfeiture *In Rem*, Notice of Arrest and Seizure, and Warrant for Arrest *In Rem* (Doc. # 5);

4.      On October 15, 2009, Pierre Cineas  was personally served by a United States Marshal with copies of the Verified Complaint for Forfeiture *In Rem*, Notice of Arrest and Seizure, and Warrant for Arrest *In Rem* (Doc. # 8); and

5       Notice of this civil-forfeiture action was posted on an official government Web site (www.forfeiture.gov) for a period of thirty consecutive days, beginning on July 14, 2009, and ending on August 12, 2009.  (Doc. # 6.)

On November 18, 2009, default was entered against Pierre Cineas and all other persons and entities having an interest in the Defendant property.  (Doc. # 11.)  No other claims or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States of America for a Default Judgment and a Decree of Forfeiture and for good cause otherwise shown, it is hereby ORDERED, ADJUDGED and DECREED as follows:

The following property is hereby forfeited to the United States of America, to be disposed of according to law, and no right, title, or interest in the Defendant property shall exist in any other party:

**Seventeen Thousand Five Hundred Fifty-Seven ($17,557.00) Dollars in United States Currency.**

Each party will bear its own costs.

DONE this the 24th day of November, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE