IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-cv-590-MEF |
| ) | |
| SEVENTEEN THOUSAND FIVE ) | |
| HUNDRED FIFTY-SEVEN ) | (WO) |
| ($17,557.00) DOLLARS IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

# FINAL JUDGMENT

In accordance with the Decree of Forfeiture entered this date and all prior proceedings and orders in this matter, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

(1) Judgment is ENTERED in favor of Plaintiff United States of America.

(2) Each party is to bear his or its own costs.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the file.

DONE this the 24th day of November, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE